IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC PHILLIPS,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID SCHIFINO, STEPHEN HOVE and FIREHOUSE GALLERY, LLC, a Florida limited liability company,<br><br>    Defendants,<br><br>GnB, LLC, a Delaware limited liability company,<br><br>    Nominal Defendant. | C.A. No. 08-225(UNA)<br><br> |

**STIPULATION**

    IT IS HEREBY STIPULATED, by and between plaintiff Eric Phillips and defendants Stephen Hove and Firehouse Gallery, LLC, that:

    1.    Subject to the approval of this Court, the terms set forth in the Agreed Order on Debtor's Verified Emergency Motion for Preliminary Injunction or, Alternatively, for Temporary Restraining Order, entered in Untied States Bankruptcy Court for the Middle District of Florida, Case No. 8:08-bk-4949 (PMG), Adversary Proceeding No. 08-179, (the "Agreed Order") are hereby incorporated in the above-captioned action as if entered therein. A copy of the Agreed Order is attached hereto as Exhibit A.



CROSS & SIMON, LLC

/s/ Michael J. Joyce

Michael J. Joyce (No. 4563)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899
*Attorneys for Defendants Firehouse Gallery, LLC and Stephen Hove*

DATE: April 28, 2008

PROCTOR HEYMAN, LLP

/s/ Dominick T. Gattuso

Dominick T. Gattuso (No. 3630)
1116 West Street
Wilmington, Delaware 19801
*Attorneys for Plaintiff Eric Phillips*

SO ORDERED this 5th day of May, 2008.

_____
United States District Court Judge

FILED
MAY - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2