IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC PHILLIPS,<br><br>    Plaintiff.<br>  v.<br>DAVID SCHIFINO, STEPHEN HOVE and FIREHOUSE GALLERY, LLC, a Florida limited liability company,<br><br>    Defendants.<br><br>GnB, LLC, a Delaware limited liability company,<br><br>    Nominal Defendant. | C.A. No. 08-225 (GMS)<br><br> |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE:    )
                                 ) SS
COUNTY OF NEW CASTLE:   )

    Melissa A. Houghton, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for Stephen Hove and Firehouse Gallery, LLC in the above-captioned action, and that on the 2nd, day of May 2008, she caused a copy of the following documents to be served upon the persons identified on the attached service list in the manner indicated:

    1) Notice of Removal and Motion to Transfer (D.I. No. 1); and
    2) Stipulation Regarding Agreed to Order (D.I. No. 3).

                                                                    *Melissa A. Houghton*
                                                                    Melissa A. Houghton

Sworn to and subscribed before
me this 2nd, day of May 2008

Notary Public *Nancy McClendon*

My Commission Expires: 8/5/10



## SERVICE LIST

**VIA FIRST CLASS MAIL**

David Schifino
701 S. Howard, Ave., Ste 106-390
Tampa, FL 33606-2473